NELSON, LEE & GREEN, INC., Appellant, v. " ISAAC " WIT, First Name " Isaac " Being Fictitious, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint on payment of said costs, and the costs awarded to defendant by the order appealed from. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

PHILIPPINE VEGETABLE OIL COMPANY, Respondent, v. SPIRE PITOU, JR., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

FREDERICK R. EATON, Appellant, v. W. & S. JOB & Co., INC., Respondent. — Judgment modified by striking out the words " upon the merits " and judgment as so modified and the order appealed from affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

CLARA T. WRIGHT, as Administratrix, etc., Respondent, v. RALPH M. SIMON and Another, Appellants, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

CLARA T. WRIGHT, as Administratrix, etc., Respondent, v. JACOB C. SIMON, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

NICHOLAS FEULNER, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

JOSEPH P. COLLINS, Respondent, v. INTERNATIONAL HIGH SPEED STEEL COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

PETER McCRANN, an Infant, etc., by PATRICK McCRANN, His Guardian ad Litem, Respondent, v. OLD COLONY CONSTRUCTION COMPANY, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

PATRICK McCRANN, Respondent, v. OLD COLONY CONSTRUCTION COMPANY, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

ROSE SCHATZ and Another, as Administratrices, etc., Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

DOMINICK GUASTAVINO, as Administrator, etc., Respondent, v. MILDRED ROCK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.